**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 03-2355**

STEPHANIE HAGERMAN,

                              Plaintiff - Appellant,

        versus

JO ANNE B. BARNHART, Commissioner of Social
Security,

                              Defendant - Appellee.

Appeal from the United States District Court for the Southern
District of West Virginia, at Bluefield.  R. Clarke VanDervort,
Magistrate Judge.  (CA-02-956-1)

Submitted:  April 7, 2004          Decided:  April 27, 2004

Before LUTTIG, WILLIAMS, and MICHAEL, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Stephanie Hagerman, Appellant Pro Se.  Teri Christine Smith, SOCIAL
SECURITY ADMINISTRATION, Philadelphia, Pennsylvania, for Appellee.

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Stephanie Hagerman seeks review of the magistrate judge's[*] order affirming the Commissioner's denial of Social Security Supplemental Income ("SSI") benefits pursuant to 20 C.F.R. § 416.920(f) (2003). Our review of the record discloses that the Commissioner's decision is based upon substantial evidence and is without reversible error. In addition, we note that new evidence submitted on appeal need not be considered because it fails to meet the requirements set forth in <u>Borders v. Heckler</u>, 777 F.2d 954, 955 (4th Cir. 1985). Accordingly, we affirm the magistrate judge's order. <u>Hagerman v. Barnhart</u>, No. CA-02-956-1 (S.D.W. Va. Sept. 5, 2003). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>

---

[*]The parties consented to proceed before a magistrate judge pursuant to 28 U.S.C. § 636(c) (2000).